UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| STEVE MARK HESSE, | ) | No. CV 14-109-MMM (PLA) |
| Petitioner, | ) ) ) | **ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |
| v. | ) ) | |
| CIM WARDEN, T. PEREZ, | ) ) | |
| Respondent. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the magistrate judge's report and recommendation. The Court accepts the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is accepted.

2. Respondent's Motion to Dismiss is granted.

3. Judgment shall be entered consistent with this order.

4. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: September 15, 2014

*Margaret M. Morrow*

HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE