UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| STEVE MARK HESSE, | ) | No. CV 14-109-MMM (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| CIM WARDEN, T. PEREZ, | ) | |
| Respondent. | ) | |

Pursuant to the order accepting the magistrate judge's report and recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: September 15, 2014

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE